No. 87–5593.  JACKSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 87–5595.  FALCON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 87–5603.  LAROQUE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 87–5605.  BAUSMAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 87–5606.  DIAZ v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–5609.  WILSON v. MONUMENTAL LIFE INSURANCE CO. C. A. 4th Cir.  Certiorari denied.

No. 87–5619.  BUSSEY v. LEVY, FERGUSON & GRADY ET AL. C. A. 10th Cir.  Certiorari denied.

No. 87–5641.  HOLLIMAN v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.